UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, ) | Case No.: 13-CV-01542-LHK |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PARTIES TO FILE |
| v. ) | A JOINT CASE MANAGEMENT |
| ) | STATEMENT |
| ACTS REVIVAL CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 10, 2014, at 2:00 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Friday, September 5, 2014, at 5:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01542-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT