UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br>     v.<br><br>ACTS REVIVAL CENTER,<br><br>                    Defendant. | Case No.: 13-CV-01542-LHK<br><br>ORDER REGARDING EX PARTE COMMUNICATIONS |

On September 29, 2014, Leila Sockolov sent the attached e-mail to Courtroom Deputy Stacy Sakamoto requesting that the Court advise as to whether the parties in this case may agree amongst themselves to take a deposition after the existing discovery cutoff date, or whether they needed an order from the Court to do so.  This is an ex parte communication with the Court.  It is prohibited by Civil Local Rule 11-4(c) and will be disregarded as such.

The only e-mail communications that the parties are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel.  All substantive issues must be discussed in filings.

**IT IS SO ORDERED.**

Dated: September 29, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01542-LHK
ORDER REGARDING EX PARTE COMMUNICATIONS

**From:** Leila Sockolov <lsockolov@gmail.com>
**To:** lhkcrd@cand.uscourts.gov

**Date:** Monday, September 29, 2014 02:54PM
**Subject:** Calendaring question - CV 13-1542 LHK

History: ➔ This message has been forwarded.

Dear Ms. Sakamoto:

Our office represents defendant Acts Revival Center in the matter United States of America v. Acts Revival Center.

We have a discovery cut-off of October 31.  I am wondering if the parties can simply agree between themselves to take a deposition past this date or do we need an order from Judge Koh to do this?

Thank you,

--
Leila Sockolov

Von Till & Associates
152 Anza Street, Suite 200 | Fremont, CA 94539
TEL 510.490.1100

CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.