UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, ) | Case No.: 13-CV-01542-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| v. ) | MANAGEMENT CONFERENCE |
| ) | |
| ACTS REVIVAL CENTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In light of the parties' Joint Case Management Statement, ECF No. 40, the case management conference set for November 19, 2014, at 2:00 p.m. is hereby CONTINUED to February 26, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 13, 2014

LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01542-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE