United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,                                          ) | Case No.: 13-CV-01542-LHK |
|                                                         ) | |
|                               Plaintiff,                ) | ORDER CONTINUING MOTION |
|        v.                                               ) | HEARING AND CASE MANAGEMENT |
|                                                         ) | CONFERENCE |
| ACTS REVIVAL CENTER,                                    ) | |
|                                                         ) | |
|                               Defendant.                ) | |
|                                                         ) | |

In light of the Notice of Settlement, ECF No. 42, the Court CONTINUES the case management conference and hearing on dispositive motions set for February 26, 2015, at 1:30 p.m. to April 2, 2015, at 1:30 p.m.  The Court CONTINUES the January 8, 2015, deadline for filing dispositive motions to February 12, 2015.  The pretrial conference and trial dates remain as set.

**IT IS SO ORDERED.**

Dated: November 24, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge