UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACTS REVIVAL CENTER,<br><br>　　　　Defendant. | Case No.: 13-CV-01542-LHK<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL** |

On November 24, 2014, the Court received notice that the parties had reached a settlement to resolve this action in its entirety. ECF No. 42. However, no stipulation of dismissal has yet been filed. Accordingly, by February 6, 2015, the parties shall file a stipulation to dismiss this action with prejudice or a joint statement explaining why the parties have not yet done so and when the parties intend to do so.

**IT IS SO ORDERED.**

Dated: January 30, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 13-CV-01542-LHK
ORDER TO FILE STIPULATION OF DISMISSAL