UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTS REVIVAL CENTER,<br><br>    Defendant. | Case No.: 13-CV-01542-LHK<br><br>**ORDER RE CASE SCHEDULE** |

In light of the parties' Joint Status Report, ECF No. 45, the Court hereby ORDERS that the parties shall file any stipulation of dismissal by February 26, 2015.

The case management conference and hearing on dispositive motions remain set for April 2, 2015, at 1:30 p.m.  The Court will extend the briefing schedule as follows: dispositive motions are due by March 2, 2015; oppositions are due by March 16, 2015; and replies are due by March 20, 2015.  The pretrial conference and trial dates remain as set.

**IT IS SO ORDERED.**

Dated: February 5, 2015

_____
LUCY H. KOH
United States District Judge